# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| INDIAN CREEK ACQUISITIONS, LLC d/b/a MUTUAL TOOL, | : : : | CASE NO. 3:13-CV-199 |
| Plaintiff, | : : | JUDGE ROSE |
| vs. | : : | |
| S.P.M. FLOW CONTROL, INC. d/b/a WEIR SPM, | : : : | |
| Defendant. | : : | |

## ORDER

This matter coming before the Court on Indian Creek Acquisitions, LLC d/b/a Mutual Tool and S.P.M. Flow Control, Inc. d/b/a Weir SPM's Joint Motion for Dismissal with Prejudice (the "Motion"); the Court having reviewed the Motion, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 41(a)(2), this action, including all of the claims that were or could have been asserted in the Plaintiff's Complaint [Doc. No. 1], and all of the claims that were or could have been asserted in the Defendant's Counterclaim [Doc. No. 9] are dismissed in their entirety with prejudice, and that each party shall bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

Dated:  October 27, 2014                                                          *s/Thomas M. Rose

                                                                                              _____
                                                                                              United States District Judge